UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JESSICA SUE SCHULTZ
n/k/a JESSICA SUE HAACK,

    Defendant.
_____/

Case No. 2:21-cr-12

Hon. Hala Y. Jarbou

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation (ECF No. 29) filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties. Government filed its response on July 8, 2021 (ECF No. 31) and Defendant filed his response on July 9, 2021 (ECF No. 32). Based on this, and on the Court's review of all matters of record, including the audio transcript of the plea proceedings, **IT IS ORDERED** that:

1. The Report and Recommendation of the Magistrate Judge (ECF No. 29) is approved and adopted as the opinion of the Court.

2. Acceptance of Defendant's plea of guilty is held in abeyance pending Defendant's personal appearance at sentencing now scheduled for October 28, 2021.

3. Defendant shall remain on bond pending sentencing.

Dated: July 12, 2021

/s/ Hala Y. Jarbou
HALA Y. JARBOU
UNITED STATES DISTRICT JUDGE